No. 235, Misc.   PORTER *v.* CALIFORNIA, 396 U. S. 1042. Motion for leave to file petition for rehearing denied.

No. 883, Misc., October Term, 1967.   PARKER *v.* MARYLAND ET AL., 390 U. S. 982, 1018, 393 U. S. 903. Motion for leave to file third petition for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 808.   BLINCOE ET UX. *v.* WATSON, ASSESSOR, ET AL., 396 U. S. 373;

No. 818.   HAWAIIAN OKE & LIQUORS, LTD. *v.* JOSEPH E. SEAGRAM & SONS, INC., ET AL., 396 U. S. 1062;

No. 834.   GRAYSON *v.* UNITED STATES, 396 U. S. 1059;

No. 840.   LACOB *v.* UNITED STATES, 396 U. S. 1059;

No. 854.   STEIN *v.* LUKEN ET AL., 396 U. S. 555;

No. 1014.   LAMPMAN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL., *ante,* p. 919;

No. 1020.   LEWIS *v.* UNITED STATES, *ante,* p. 935;

No. 559, Misc.   PRUESS, EXECUTOR, ET AL. *v.* HICKEL, SECRETARY OF THE INTERIOR, 396 U. S. 967;

No. 947, Misc.   CUEVAS *v.* CALIFORNIA, 396 U. S. 1045;

No. 1036, Misc.   WARRINER *v.* FERNANDEZ ET AL., 396 U. S. 1021;

No. 1212, Misc.   JONES *v.* HARE, SECRETARY OF STATE OF MICHIGAN, ET AL., *ante,* p. 966; and

No. 1364, Misc.   TUCKER *v.* UNITED STATES, *ante,* p. 955.   Petitions for rehearing denied.

No. 23, Misc.   BIVENS *v.* UNITED STATES, *ante,* p. 928. Petition for rehearing denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.